# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PABLO BATISTA** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 18-0636** |
| v. | : | |
| | : | |
| **O'JAYS GIGS, INC.,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 30th day of January 2019, upon consideration of the *motion to dismiss for lack of personal jurisdiction* filed pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(2) by Defendants O'Jays Gigs, Inc., Edward Willis Levert, Sr. a/k/a Eddie Levert, Sr., and Walter Williams, Sr. (collectively, "Moving Defendants"), [ECF 12], the response in opposition filed by Plaintiff Pablo Batista ("Plaintiff"), [ECF 16], Moving Defendants' reply, [ECF 18], and the allegations contained in Plaintiff's amended complaint, [ECF 5], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that the motion to dismiss is **GRANTED**, and this matter is dismissed for lack of personal jurisdiction.

Further, the request to transfer this matter to the United States District Court for the Northern District of Ohio, made by Plaintiff in his response to Moving Defendants' motion, [*see* ECF 16-1 at 13], is **DENIED**.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*