**LAW OFFICES OF TAMIKA WASHINGTON, P.C.**
BY:  Tamika N. Washington, Esquire                    **Attorney for Plaintiff,**
Attorney I.D. No. 93553                                          **Pablo Batista**
100 S. Broad Street, Suite 1523
Philadelphia, PA 19110
Telephone: (215) 665-9250
Facsimile:  (888) 811-8925

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| **PABLO BATISTA** | : | CIVIL ACTION |
| | : | |
| | : | |
| **Plaintiff** | : | |
| v. | : | No. 18-0636 |
| | : | |
| **O'JAYS GIGS, INC.** | : | |
| **F/S/O  THE O'JAYS,** | : | **JURY TRIAL DEMANDED** |
| **EDWARD WILLIS LEVERT, SR.** | : | |
| **AKA EDDIE LEVERT, SR.,** | : | |
| **WALTER WILLIAMS, SR.,** | : | |
| **ERIC NOLAN GRANT,** | : | |
| **DENNIS "DOC" WILLIAMS** | : | |
| | : | |
| **Defendants** | : | |

---

**PRAECIPE TO WITHDRAW COMPLAINT**
**AND DISCONTINUE AND END ACTION**

TO THE PROTHONOTARY :

    Kindly mark as WITHDRAWN the complaint against DENNIS "DOC" WILLIAMS, and, as the other defendants have been dismissed, mark this matter DISCONTINUED AND ENDED.

Respectfully submitted,

LAW OFFICES OF TAMIKA WASHINGTON, P.C.

"/s/" Tamika N. Washington
BY:    Tamika N. Washington, Esquire
*Attorney for Plaintiff*

Dated: April 18, 2019